CэC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 JAN 30 AM 9:46

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| ) | **'08 MJ 0279** |
| Plaintiff, ) BY: | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Maximino CRUZ-Robles,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about **January 29, 2008** within the Southern District of California, defendant, **Maximino CRUZ-Robles,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **31st DAY OF JANUARY, 2008.**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Maximino CRUZ-Robles

## PROBABLE CAUSE STATEMENT

On January 29, 2008, at approximately 8:10 P.M., a Night Scope Operator advised Border Patrol Agents of four individuals running northbound near an area commonly known as "Campo's Ditch". This area is approximately four miles west of the San Ysidro, California, Port of Entry and two hundred yards north of the United States/Mexico international boundary. Border Patrol Agent M. Spear responded to the area and after a brief search found four individuals attempting to hide in some brush. Agent Spear, identified himself as a U.S. Border Patrol Agent and conducted a field immigration inspection. All four including one later identified as the defendant, **Maximino CRUZ-Robles**, admitted to being citizens and nationals of Mexico illegally in the United States without any immigration documents that would allow them to legally enter or remain in the United States. At approximately 8:15 P.M. all four individuals were arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 29, 2001** through **El Paso, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Warnings and was willing to make a statement without an attorney present. The defendant again freely admitted to being a citizen and national of Mexico illegally present in the United States without any immigration documents that would allow him to enter or remain legally.