FILED

MAR 4 2008

(MB)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08cr518-H |
| Plaintiff, | ) | **CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE, WAIVER OF PRESENTENCE REPORT AND WAIVER OF OBJECTIONS FOR IMMEDIATE SENTENCING** |
| v. | ) | |
| MAXIMINO CRUZ ROBLES, | ) | |
| Defendant. | ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge.  I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to have my plea taken by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

I understand that if my plea of guilty is taken by the United States Magistrate Judge, and the Magistrate Judge recommends that the plea be accepted, the assigned United States District Judge will then decide whether to accept or reject any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

I further understand that due to my request for immediate

sentencing in this case, I am waiving the preparation of a
presentence report and I am also waiving any objections I may
have to the Magistrate Judge's findings and recommendation
concerning the entry of my guilty plea.


Dated: ___2/20/08___          _____
                               Defendant


Dated: ___2/20/08___          _____
                               Attorney for Defendant


     The United States Attorney consents to have the plea in this
case taken by a United States Magistrate Judge pursuant to
Criminal Local Rule 11.2 and further waives a presentence report
in this case as well as any objections to the Magistrate Judge's
findings and recommendation concerning the entry of the guilty
plea.


Dated: _____        _____
                               Assistant United States Attorney